UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CESAR E. ROMERO-MANZO,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>TIMOTHY GARRETT,<br><br>　　　　　　　　　Respondents. | Case No. 3:22-cv-00475-ART-CLB<br><br>ORDER |

　　　Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 15), and good cause appearing;

　　　It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 15) is granted. Petitioner will have up to and including July 27, 2023, to file his amended petition.

　　　DATED THIS 14th day of April 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE