UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CESAR E. ROMERO-MANZO,<br><br>　　　　　Petitioner,<br>v.<br>TIMOTHY GARRETT,<br>　　　　　Respondents. | Case No. 3:22-cv-00475-ART-CLB<br><br>ORDER |

　　　Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 19), and good cause appearing;

　　　It is therefore ordered that Respondents' unopposed motion for extension of time (first request) (ECF No. 19) is granted. Respondents will have up to and including August 31, 2023, to file their response to the second amended petition.

　　　DATED THIS 21st day of July 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE