UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CESAR E. ROMERO-MANZO,

                Petitioner,

v.

TIMOTHY GARRETT,

                Respondents.

Case No. 3:22-cv-00475-ART-CLB

ORDER

Petitioner Cesar E. Romero-Manzo having filed an unopposed motion for extension of time (first request) (ECF No. 28), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 28) is granted. Petitioner will have up to and including October 12, 2023, to file his opposition to the motion to dismiss.

DATED THIS 21st day of September 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1