UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CESAR E. ROMERO-MANZO,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>TIMOTHY GARRETT,<br><br>　　　　　　　　　　Respondents. | Case No. 3:22-cv-00475-ART-CLB<br><br>ORDER |

　　　Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 33), and good cause appearing;

　　　It is therefore ordered that Respondents' unopposed motion for extension of time (first request) (ECF No. 33) is granted. Respondents will have up to and including December 4, 2023, to file their reply to the motion to dismiss.

　　　DATED THIS 24th day of October 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE