UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CESAR E. ROMERO-MANZO,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>TIMOTHY GARRETT,<br><br>　　　　　　　　　　Respondents. | Case No. 3:22-cv-00475-ART-CLB<br><br>ORDER |

　　　Respondents having filed an unopposed motion for extension of time (second request) (ECF No. 36), and good cause appearing;

　　　It is therefore ordered that Respondents' unopposed motion for extension of time (second request) (ECF No. 36) is granted. Respondents will have up to and including February 2, 2024, to file their reply to the motion to dismiss.

　　　DATED THIS 5th day of December 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE