UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CESAR E. ROMERO-MANZO,

Petitioner,

v.

TIMOTHY GARRETT,

Respondents.

Case No. 3:22-cv-00475-ART-CLB

ORDER

Respondents have filed an unopposed motion for extension of time. (ECF No. 40.) This is Respondents' first request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for extension of time (ECF No. 40) is granted. Respondents will have up to and including June 7, 2024, to file their answer to the Second-Amended Petition.

DATED THIS 15th day of April 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE