UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CESAR E. ROMERO-MANZO,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>TIMOTHY GARRETT,<br><br>　　　　　　　　　Respondents. | Case No. 3:22-cv-00475-ART-CLB<br><br>ORDER |

　　　Respondents have filed an unopposed motion for extension of time. (ECF No. 42.) This is Respondents' second request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

　　　It is therefore ordered that Respondents' unopposed motion for extension of time (ECF No. 42) is granted. Respondents will have up to and including August 6, 2024, to file their answer to the Second-Amended Petition.

　　　DATED THIS 18th day of June 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1