UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CESAR E. ROMERO-MANZO,<br><br>　　　　　　　Petitioner,<br>　v.<br>TIMOTHY GARRETT,<br><br>　　　　　　　Respondents. | Case No. 3:22-cv-00475-ART-CLB<br><br>ORDER |

　　　Respondents have filed an unopposed motion for extension of time to file their answer to the Second-Amended Petition. (ECF No. 44.) This is Respondents' third request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

　　　It is therefore ordered that Respondents' unopposed motion for extension of time (ECF No. 44) is granted. Respondents will have up to and including September 27, 2024, to file their answer to the Second-Amended Petition.

　　　DATED THIS 15th day of August 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE