UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CESAR E. ROMERO-MANZO,<br><br>　　　　　　　Petitioner,<br>　v.<br>TIMOTHY GARRETT,<br><br>　　　　　　　Respondents. | Case No. 3:22-cv-00475-ART-CLB<br><br>ORDER |

　　　Petitioner Cesar E. Romero-Manzo has filed an unopposed motion for extension of time to file his reply to Respondents' answer to his Second-Amended Petition. (ECF No. 48.) This is Petitioner's first request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

　　　It is therefore ordered that the unopposed motion for extension of time (ECF No. 48) is granted. Petitioner has up to and including January 27, 2025, to file his reply.

　　　DATED THIS 13th day of November, 2024.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1