UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CESAR E. ROMERO-MANZO, | Case No. 3:22-cv-00475-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| TIMOTHY GARRETT, | |
| Respondents. | |

Petitioner Cesar E. Romero-Manzo has filed an unopposed motion for extension of time to file his reply to Respondents' answer to his Second-Amended Petition. (ECF No. 50.) This is Petitioner's second request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 50) is granted. Petitioner has up to and including February 26, 2025, to file his reply.

DATED THIS 31st day of January 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE