UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CESAR E. ROMERO-MANZO,<br><br>                   Petitioner,<br>   v.<br><br>TIMOTHY GARRETT,<br><br>                   Respondents. | Case No. 3:22-cv-00475-ART-CLB<br><br>ORDER |

      Petitioner Cesar E. Romero-Manzo has filed an unopposed motion for extension of time to file his reply to Respondents' answer to his Second-Amended Petition. (ECF No. 52.) This is Petitioner's third request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

      It is therefore ordered that the unopposed motion for extension of time (ECF No. 52) is granted. Petitioner has up to and including March 12, 2025, to file his reply.

      DATED THIS 26th day of February, 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE